HENRY HUBER COMPANY, Appellant, *v.* EDWARD J. McCABE et al., Composing the Firm of E. J. McCABE AND COMPANY, et al., Defendants, and THE NEW ENGLAND REALTY COMPANY et al., Respondents.

*Huber Company* v. *McCabe,* 124 App. Div. 936, affirmed.
(Argued October 14, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action for conversion.

*Albert Ritchie* and *Donald McLean* for appellant.

*Arthur S. Luria* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.